**Neil H. BOWIE, Appellant, v. STATE of Texas, Appellee.**

No. 23144.

Court of Criminal Appeals of Texas.

June 6, 1945.

Rehearing Denied June 28, 1945.

Robt. S. Durno, of Houston, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for embezzlement, punishment two years in the penitentiary.

The judgment is affirmed for the same reasons stated in our opinion in 188 S.W.2d 389.

**Neil H. BOWIE, Appellant, v. STATE of Texas, Appellee.**

No. 23145.

Court of Criminal Appeals of Texas.

June 6, 1945.

Rehearing Denied June 28, 1945.

Robert S. Durno of Houston, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for embezzlement, punishment two years in the penitentiary.

The judgment is affirmed for the same reasons appearing in our opinion in 188 S.W.2d 389.

**Neil H. BOWIE, Appellant, v. STATE of TEXAS, Appellee.**

No. 23146.

Court of Criminal Appeals of Texas.

June 6, 1945.

Rehearing Denied June 28, 1945.

Robt. S. Durno, of Houston, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for embezzlement, punishment four years in the penitentiary.

The judgment is affirmed for the same reasons set out in our opinion in 188 S.W. 2d 389.

**Melvin LAWSON v. STATE.**

No. 23198.

Court of Criminal Appeals of Texas.

June 27, 1945.

Ross Hardin, H. R. Bishop, and Levi Pressly, all of Fort Worth, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted in the Criminal District Court of the offense of maiming, and his punishment assessed at four years' confinement in the penitentiary.

We find incorporated in the transcript appellant's application, duly verified, asking that the appeal be withdrawn, which request is granted and the appeal ordered dismissed.